United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**22-CV-01975-WFK-AYS**

1) indicated that this case is related to the following case(s):

22 CV 01944 (GRB)(ARL)