**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Civ. No.    1:22-cv-1944 |
| | : |
| v. | : |
| | : |
| CEDAR REALTY TRUST, INC., BRUCE J. | : |
| SCHANZER, GREGG A. GONSALVES, | : |
| ABRAHAM EISENSTAT, STEVEN G. | : |
| ROGERS, SABRINA L. KANNER, DARCY | : |
| D. MORRIS, RICHARD H. ROSS, and | : |
| SHARON STERN, | : |
| | : |
| Defendants. | : |

--------------------------------------------------------   :

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  September 23, 2022                    Respectfully submitted,

                              **MELWANI & CHAN LLP**

                              /s *Gloria Kui Melwani*
                              Gloria Kui Melwani (GM5661)
                              1180 Avenue of the Americas, 8th Floor
                              New York, New York 10036
                              Tel: (212) 382-4620
                              Email:  gloria@melwanichan.com

                              *Attorneys for Plaintiff*